THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVIER RODRIGUEZ, Appellant.

Submitted September 7, 2004; decided September 21, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies as of right from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).